UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 22-1501(DSD/LIB)

Lisa A. Biron,

       Plaintiff,

v.                                       ORDER

Federal Bureau of Prisons; Michael
Carvajal, Director of the Bureau of
Prisons; and Mistelle Starr, Warden
of FCI Waseca,

       Defendants.

This matter is before the court upon the report and recommendation of United States Magistrate Judge Leo I. Brisbois dated June 9, 2022. Neither party has filed objections to the R&R in the time period permitted. Accordingly, based on the R&R and the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.   The report and recommendation [ECF No. 4] is adopted in its entirety;

    2.   This case is dismissed without prejudice;

    3.   Plaintiff's application to proceed in forma pauperis [ECF No. 2] is denied; and

    4.   Plaintiff's motion for a temporary restraining order [ECF No. 3] is denied.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 6, 2022

                                                        s/David S. Doty
                                                        David S. Doty, Judge
                                                        United States District Court